UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                                              )   Case No. 2:13-cv-10082-MOB-MKM<br>          Plaintiff,                                       )<br>                                                              )<br>     v.                                                      )<br>                                                              )<br>EDWARD J. HOLLAND, JR., *et al.*,      )<br>                                                              )<br>          Defendants.                                 )<br>_____)| |

**STIPULATION FOR AGREED JUDGMENT OF TAX LIABILITY**
**(COUNT I OF SECOND AMENDED COMPLAINT)**

The plaintiff United States of America and defendant Edward J. Holland, Jr., by undersigned counsel, stipulate and agree to the entry of a judgment that Holland is liable to the United States for federal income taxes, penalties, and interest for the tax years 1991-94, 1996-2004, 2006, and 2008-12, in the total amount of $19,982,932.46 as of December 19, 2016, plus interest and other statutory accruals from that date until fully paid.

This agreed judgment resolves Count I of the Second Amended Complaint (Doc. No. 30), but not Count II or Count III.



Government Exhibit 1

AGREED:

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **EDWARD J. HOLLAND, JR.** |
| Plaintiff | Defendant |
| By its Attorney: | By his Attorney: |
| /s/ Edward J. Murphy<br>EDWARD J. MURPHY<br>U.S. Dept. of Justice, Tax Division<br>P.O. Box 55<br>Washington, DC  20044<br>Telephone: (202) 307-6064<br>Fax:  (202) 514-5238<br>Edward.J.Murphy@usdoj.gov | NEAL NUSHOLTZ<br>2855 Coolidge Hwy. Ste. 103<br>Troy, Michigan  48084<br>Telephone: (248) 646-0123<br>Fax: (248) 530-9801<br>nusholtz@nnlaw.net |

IT IS SO ORDERED, ADJUDGED AND DECREED

Date: _____       _____
                                    MARIANNE O. BATTANI
                                    United States District Judge

2