## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| EDWARD J. HOLLAND, JR., | ) |
| | ) Case No. 2:17-cv-13926-MOB-MKM |
| Plaintiff, | ) Hon. Marianne O. Battani |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that plaintiff, EDWARD J. HOLLAND, JR., appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order Regarding Defendant's Motion to Dismiss and Plaintiff's Motion to Amend Complaint (Doc. No. 21) entered in this action on March 7, 2019.

Dated: March 13, 2019            Respectfully submitted,

                                 s/Neal Nusholtz
                                 Neal Nusholtz (P30223)
                                 Attorney for Plaintiff,
                                 Edward J. Holland, Jr.
                                 2855 Coolidge Hwy, Ste. 103
                                 Troy, Michigan 48084
                                 (248)646-0123
                                 Nusholtz@NNlaw.Net

<u>Certificate of Service</u>

    I hereby certify that on March 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system and that I served it via the ECF system on Defendant's counsel.

<div style="margin-left: 40%;">
/s/ Neal Nusholtz<br>
NEAL NUSHOLTZ<br>
2855 Coolidge Hwy. Ste. 103<br>
Troy, Michigan 48084<br>
Ph. 248-646-0123<br>
Nusholtz@nnlaw.net
</div>